# EXHIBIT C

# Utility Companies List

| | Debtor | Vendor | Vendor Category | Vendor Name | Vendor Address | Vendor Telephone |
|---|---|---|---|---|---|---|
| 1 | Almatis, Inc. | 32364 | Electric | Dalton Utilities | P.O. Box 869, Dalton GA 30722-0869 | 706-278-1313 |
| 2 | Almatis, Inc. | 31687 | Electric | Duquesne Light Co. | P.O. Box 10, Pittsburgh, PA 15230-0010 | 412-393-2343 |
| 3 | Almatis, Inc. | 34803 | Electric | Duquesne Light Co. | P.O. Box 10, Pittsburgh, PA 15230-0010 | 412-393-2343 |
| 4 | Almatis, Inc. | 31793 | Electric | Entergy Corp. | P.O. Box 8101, Baton Rouge, LA 70891-8101 | 800-766-1648 |
| 5 | Almatis, Inc. | 31737 | Electric | First Electric Cooperative | P.O. Box 705, Benton, AR 72018-0705 | 501-315-7438 |
| 6 | Almatis, Inc. | 37079 | Electric | First Energy Solutions | P.O. Box 3622, Akron, OH 44309-3622 | 330-315-7371 |
| 7 | Almatis, Inc. | 32449 | Electric | North Georgia Electric Membership Corp. | P.O. Box 1407, Dalton, GA 30722-1407 | 706-259-9441 |
| 8 | Almatis, Inc. | 35082 | Electric | Reliant Energy Solutions | P.O. Box 25231, Lehigh Valley, PA 18002-5231 | 888-232-6332 |
| 9 | Almatis, Inc. | 33350 | Gas | Centerpoint Energy | P.O. Box 203289, Houston, TX 77216-3289 | 318-429-3759 |
| 10 | Almatis, Inc. | 36051 | Gas | Columbia Gas of Pennsylvania | P.O. Box 742537, Cincinnati, OH 45274-2537 | 888-460-4332 |
| 11 | Almatis, Inc. | 36012 | Gas | Coral Energy Resources, L.P. | 909 Fannin Plaza Level 1, Houston, TX 77010 | 713-230-7597 |
| 12 | Almatis, Inc. | 33235 | Gas | Reliant Energy Solutions | P.O. Box 25231, Lehigh Valley, PA 18002-5231 | 888-232-6332 |
| 13 | Almatis, Inc. | 35513 | Waste | Allied Waste Services # 264 | P.O. Box 9001099, Louisville, KY 40290-1099 | 412-429-2600 |
| 14 | Almatis, Inc. | 32526 | Waste | Allied Waste Services | P.O. Box 448, Carnegie, PA 15106 | 412-429-2600 |
| 15 | Almatis, Inc. | 34085 | Waste | Waste Management of Little Rock | P.O. Box 9001054, Louisville, K.Y. 40290-1054 | 501-565-0191 |
| 16 | Almatis, Inc. | 32885 | Waste | Waste Management | P.O. Box 9001054, Louisville, K.Y. 40290-1054 | 866-964-2729 |
| 17 | Almatis, Inc. | 32171 | Water | Benton Utilities | P.O. Drawer 607, Benton, A.R. 72018-0607 | 501-776-5917 |