**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                :
**In Re:**                                                      :     **Chapter 11**
                                                                :
**ALMATIS B.V.,** *et al.*,                                     :     **Case No. 10-12308 (MG)**
                                                                :
       **Debtors.**                                             :     **Jointly Administered**
                                                                :
                                                                :
----------------------------------------------------------------x

## ORDER GRANTING ADDITIONAL TIME FOR PARTIES TO AGREE ON REDACTIONS TO LENDERS' OBJECTIONS AND MOTION TO DESIGNATE VOTES

On July 6, 2010, this Court entered an order (the "Order") requiring any party in interest that objected to the public filing of the Lenders' objection to the disclosure statement, objection to confirmation, and the Lenders' motion for designation of votes by Oaktree Capital Management, L.P. and supporting declarations and exhibits (the "Lenders' Submissions") to confer with Lenders' counsel to agree on proposed redactions, subject to Court approval. (ECF # 257.) The Order provided that the redactions must be completed by 5:00 p.m., Friday, July 9, 2010.

On Thursday, July 8, 2010, counsel for the U.S. Trustee, Oaktree Capital Management, and the Lenders contacted the Court requesting a one week extension of time to agree on proposed redactions. Thus, it is hereby

**ORDERED**, that the deadline for proposed redactions to be submitted to the Court for approval is extended to 5:00 p.m., Friday, July, 16, 2010.

Dated: New York, New York
         July 9, 2010

                                             /s/ Martin Glenn_____
                                             UNITED STATES BANKRUPTCY JUDGE