UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
IN RE: : Chapter 11
:
ALMATIS B.V., *et al.*, : Case No. 10-12308 (MG)
:
Debtors. :
: Jointly Administered
:
---------------------------------------------------------------x

# NOTICE OF ADJOURNMENT OF THE COMBINED HEARING TO CONSIDER (i) APPROVAL OF THE DEBTORS' DISCLOSURE STATEMENT AND (ii) CONFIRMATION OF PLAN OF REORGANIZATION

**PLEASE TAKE NOTICE** that the hearing (the "*Combined Hearing*") to consider approval of the Disclosure Statement and Prepetition Solicitation of Votes in Respect of Joint Prepackaged Chapter 11 Plan [Docket No. 20] (the "*Disclosure Statement*") and confirmation of the Joint Prepackaged Plan of Reorganization for the Debtors Under Chapter 11 of the Bankruptcy Code [Docket No. 19] (the "*Plan*"), previously scheduled for July 19, 2010 at 10:00 a.m. (prevailing U.S. Eastern time)**, has been adjourned** by order of the United States Bankruptcy Court for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that the Combined Hearing will resume before the Honorable Martin Glenn, United States Bankruptcy Judge, in Room 501 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on **August 16, 2010 at 10:00 A.M. (prevailing U.S. Eastern time)** or as soon thereafter as counsel may be heard. The Combined Hearing may be continued from time to time by announcement of such continuance in open court, and the Plan may be further modified, if necessary, pursuant to section 1127 of the Bankruptcy Code prior to, during, or as a result of the Combined Hearing, without further notice to parties in interest.

Dated: New York, New York
July 12, 2010

**GIBSON, DUNN & CRUTCHER LLP**

/s/ Michael A. Rosenthal
Michael A. Rosenthal (MR-7006)
Janet M. Weiss (JW-5460)
Matthew K. Kelsey (MK-3137)
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION