KIRKLAND & ELLIS LLP
Citigroup Center
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Yosef Riemer
Galia Messika

and

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Adam Paul (admitted *pro hac vice*)
Scott B. Kitei (admitted *pro hac vice*)

*Counsel to Oaktree Capital Management Limited
and Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| ALMATIS B.V., *et al*. | ) Case No. 10-12308 (MG) ) |
| Debtors. | ) Jointly Administered ) |

### NOTICE OF WITHDRAWAL OF OAKTREE'S RESPONSE TO THE DEBTORS' MOTION TO APPROVE THE NEW PSA

**PLEASE TAKE NOTICE** that Oaktree Capital Management, Limited and its Affiliates hereby withdraw their response filed on July 29, 2010 [Docket No. 319] to the Debtors' *Motion Pursuant to Sections 105(a), 363(b) and 1125(b) of the Bankruptcy Code and Bankruptcy Rule 6004 for an Order Authorizing: (A) the Debtors and Other Parties Thereto to Enter into the Plan Support Agreement; (B) the Debtors to Execute the Escrow Agreement and the Commitment*

*Letters and Pay the Fees, Other Amounts, and Reimbursement of Expenses Required Thereunder; and (C) the Debtors to Enter Into Currency Rate Hedging Transactions* filed on Jul 23, 2010 [Docket No. 309].

Dated: August 2, 2010          **KIRKLAND & ELLIS LLP**

*/s/ Adam Paul*

Yosef Riemer
Galia Messika
Citigroup Center
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

and

Adam Paul (admitted *pro hac vice*)
Scott B. Kitei (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel to Oaktree Capital Management Limited and Affiliates*