**GIBSON, DUNN & CRUTCHER LLP**
Michael A. Rosenthal (MR-7006)
Janet M. Weiss (JW-5460)
Matthew K. Kelsey (MK-3137)
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Attorneys for the Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
IN RE: : Chapter 11
:
**ALMATIS B.V.**, *et al.*, : Case No. 10-12308 (MG)
:
Debtors. :
: **Jointly Administered**
:
---------------------------------------------------------------x

**SECOND AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 3, 2010 AT 2:00 P.M. (PREVAILING U.S. EASTERN TIME)**

**I.    MATTERS GOING FORWARD**

1. Debtors' Motion Pursuant to Sections 105(a), 363(b), and 1125(b) of the Bankruptcy Code and Bankruptcy Rule 6004 for an Order Authorizing: (A) the Debtors and Other Parties Thereto to Enter into the Plan Support Agreement; (B) the Debtors to Execute the Escrow Agreement and the Commitment Letters and Pay the Fees, Other Amounts, and Reimbursement of Expenses Required Thereunder; and (C) the Debtors to Enter Into Currency Rate Hedging Transactions (the "***Authorization Motion***") (Docket Entry No. 309).

   a. Objection Deadline: July 29, 2010 at 5:00 p.m. (prevailing U.S. Eastern Time)

   b. Objections Filed: None.

   c. Other Responses Filed:

      i. Response of Oaktree Capital Management, Limited and Affiliates to Debtors' Motion Pursuant to Sections 105(a), 363(b), and 1125(b) of the Bankruptcy Code and Bankruptcy Rule 6004 for an Order Authorizing: (A) the Debtors and Other Parties Thereto to Enter into the Plan Support

Agreement; (B) the Debtors to Execute the Escrow Agreement and the Commitment Letters and Pay the Fees, Other Amounts, and Reimbursement of Expenses Required Thereunder; and (C) the Debtors to Enter Into Currency Rate Hedging Transactions (the "***Oaktree Authorization Motion Response***") (Docket Entry No. 319).

**PLEASE TAKE NOTICE** that the Oaktree Authorization Motion Response has been withdrawn by Notice of Withdrawal of Oaktree's Response to the Debtors' Motion to Approve the New PSA (Docket Entry No. 337).

d. Reply Deadline: August 2, 2010 at 6:00 p.m. (prevailing U.S. Eastern Time) (as extended by Judge Glenn)

e. Replies Filed:

   i. Lenders' Reply in Support of Debtors' Motion for Order Under 11 U.S.C. § 105(a) Authorizing Entry Into Reorganization Plan Support Agreement (the "***Lenders' Reply***") (Docket Entry No. 327).

   **PLEASE TAKE NOTICE** that the Lenders' Reply has been withdrawn by Notice of Withdrawal of Lenders' Reply in Support of Debtors' Motion for Order Under 11 U.S.C. § 105(a) Authorizing Entry Into Reorganization Plan Support Agreement (Docket Entry No. 328).

2. Debtors' Motion for Interim and Final Orders (A) Authorizing the Continued Use of Cash Collateral, (B) Finding that the Adequate Protection Provided to Prepetition Secured Lenders by the Original Final Cash Collateral Order Continues to Provide Adequate Protection, and (C) Scheduling a Final Hearing (the "***Cash Collateral Motion***") (Docket Entry No. 310, Corrected Docket Entry No. 322).

   a. Objection Deadline: July 29, 2010 at 5:00 p.m. (prevailing U.S. Eastern Time)

   b. Objections Filed:

      i. Oaktree's Objection to the Debtors' Motion for Continued Use of Cash Collateral (the "***Oaktree Cash Collateral Objection***") (Docket Entry No. 318)

      **PLEASE TAKE NOTICE** that the Oaktree Cash Collateral Objection has been withdrawn by Notice of Withdrawal of Oaktree's Objection to the Debtors' Motion for Continued Use of Cash Collateral (Docket Entry No. 336).

c. <u>Reply Deadline</u>:  August 2, 2010 at 6:00 p.m. (prevailing U.S. Eastern Time) (as extended by Judge Glenn)

   d. <u>Replies Filed</u>:  None

3. Ex Parte Motion for Entry of an Order (A) Setting the Date, (B) Reducing and Limiting Notice, and (C) Establishing Notice and Objection Procedures for Disclosure Statement Approval Motion (the "***Motion to Shorten and Limit Notice of Disclosure Statement Approval Motion***") (Docket Entry No. 323).

Dated:  New York, New York
   August 3, 2010

Respectfully submitted,

<u>/s/ Michael A. Rosenthal</u>
Michael A. Rosenthal (MR-7006)
Janet M. Weiss (JW-5460)
Matthew K. Kelsey (MK-3137)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York  10166-0193
Telephone:  (212) 351-4000
Facsimile:  (212) 351-4035

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION