**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                  :
**IN RE:**                                         :      **Chapter 11**
                                                                  :
**ALMATIS B.V.,** *et al.*,                        :      **Case No. 10-12308 (MG)**
                                                                  :
         **Debtors.**                              :      **Jointly Administered**
                                                                  :
----------------------------------------------------------------x

## ORDER PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE EXTENDING THE DEBTORS' EXCLUSIVITY PERIODS WITHIN WHICH TO FILE A PLAN OF REORGANIZATION AND SOLICIT VOTES THEREON

Upon consideration of the motion (the "***Motion***")[1] of Almatis B.V. and certain of its

subsidiaries and affiliates, as debtors and debtors in possession in the above-captioned Chapter

11 Cases (collectively, the "***Debtors***" and each, a "***Debtor***"), for entry of an order pursuant to

section 1121(d) of the Bankruptcy Code extending the Debtors' Exclusive Periods, and the Court

having found that jurisdiction and venue of this proceeding and the Motion in this district is

proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief

requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other

parties in interest; and notice of the Motion and the opportunity for a hearing on the Motion was

appropriate under the particular circumstances; and the Court having reviewed the Motion; and

the Court having determined that the legal and factual bases set forth in the Motion establish just

cause for the relief granted herein; and upon all of the proceedings had before the Court; and

after due deliberation and sufficient cause appearing therefor,

---

[1]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**IT IS HEREBY ORDERED:**

1.      The Motion is granted to the extent set forth herein.

2.      Pursuant to section 1121(d) of the Bankruptcy Code, the Debtors' Exclusive

Filing Period is extended through and including November 26, 2010.

3.      Pursuant to section 1121(d) of the Bankruptcy Code, the Debtors' Exclusive

Solicitation Period is extended through and including January 25, 2011.

4.      The extension of the Exclusive Periods granted herein is without prejudice to such

further requests that may be made pursuant to section 1121(d) of the Bankruptcy Code.

5.      This Court shall retain jurisdiction with respect to any and all matters arising from

or related to the interpretation or implementation of this Order.


Dated: New York, New York
       **August 16, 2010**


                                        _____/s/Martin Glenn_____
                                        THE HONORABLE MARTIN GLENN
                                        UNITED STATES BANKRUPTCY JUDGE