**GIBSON, DUNN & CRUTCHER LLP**
Michael A. Rosenthal (MR-7006)
Janet M. Weiss (JW-5460)
Matthew K. Kelsey (MK-3137)
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Attorneys for the Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
IN RE: : Chapter 11
: 
**ALMATIS B.V.**, *et al.*, : Case No. 10-12308 (MG)
: 
Debtors. : 
: Jointly Administered
: 
---------------------------------------------------------------x

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 20, 2010 AT 10:00 A.M. (PREVAILING U.S. EASTERN TIME)**

**I.  MATTERS GOING FORWARD – CONFIRMATION HEARING**

1. First Amended Joint Plan of Reorganization for the Debtors Under Chapter 11 of the Bankruptcy Code (With Technical Modifications) dated September 19, 2010 (the "***Plan (with Technical Modifications)***") (Docket Entry No. 438);

    a. Objection Deadline:  September 13, 2010 at 5:00 p.m. (prevailing U.S. Eastern Time)

    b. Objections Filed:

        i. Motion to Intervene as Creditors and Objection to Confirmation of Plan (Docket Entry No. 410).

    c. Responses Filed:  None.

    d. Related Documents:

        i. Declaration of Christina F. Pullo on Behalf of Epiq Bankruptcy Solutions, LLC, Regarding Voting and Tabulation of Ballots Accepting and Rejecting the First Amended Joint Plan of Reorganization for the Debtors

Under Chapter 11 of the Bankruptcy Code (the "*Voting Report*") (Docket Entry No. 414);

ii. Notice of Filing of the Plan Supplement (the "*Plan Supplement*") (Docket Entry No. 420);

iii. Notice of Filing of Additional Plan Supplement Documents (the "*Additional Plan Supplement Documents*") (Docket Entry No. 441)

iv. Debtors' Memorandum of Law in Support of Confirmation of First Amended Joint Plan of Reorganization (With Technical Amendments) for the Debtors Under Chapter 11 of the Bankruptcy Code (the "*Confirmation Brief*") (Docket Entry No. 424);

v. Declaration of Remco de Jong, Chief Executive Officer of Almatis B.V., in Support of Confirmation of the First Amended Joint Plan of Reorganization for the Debtors Under Chapter 11 of the Bankruptcy Code (the "*De Jong Declaration*") (Docket Entry No. 425);

vi. Declaration of Jared J. Dermont in Support of Confirmation of the First Amended Joint Plan of Reorganization for the Debtors Under Chapter 11 of the Bankruptcy Code (the "*Dermont Declaration*") (Docket Entry No. 426);

vii. Blackline of First Amended Joint Plan of Reorganization for the Debtors Under Chapter 11 of the Bankruptcy Code (With Technical Modifications) dated September 19, 2010 (the "*Plan Blackline*") (Docket Entry No. 439); and

viii. Notice of Filing of Proposed Confirmation Order (the "*Proposed Confirmation Order*") (Docket Entry No. 440).

Dated: New York, New York
September 19, 2010

Respectfully submitted,

/s/ Michael A. Rosenthal
Michael A. Rosenthal (MR-7006)
Janet M. Weiss (JW-5460)
Matthew K. Kelsey (MK-3137)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION

2